In the Matter of the Application of The People of the State of New York, by Francis R. Stoddard, Jr., as Superintendent of Insurance of the State of New York, Appellant, for an Order to Take Possession of Property and Assets of the Norske Lloyd Insurance Company, Ltd. In the Matter of the Application of

W. J. THROCKMORTON, Respondent, for Leave to Sue the NORSKE LLOYD INSURANCE COMPANY, LTD.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Martyne* v. *American Union Fire Ins. Co.* (216 N. Y. 183) and *Carpinter & Baker* v. *City Equitable Fire Ins. Co., Ltd.* (207 App. Div. 249, 253; affd., 238 N. Y. 147). Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.